### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL COLANGELO and        :
DONALD J COLANGELO         :
                          :       **CIVIL ACTION**
     Plaintiffs           :
   v.                     :
                          :
                          :       **NO. 25-5741**
RAILROAD RETIREMENT BOARD   :
   Defendant            :

### ORDER

AND NOW this 18th day of March, 2026 upon consideration of Defendant's Motion to Dismiss (DKT. 14) and Plaintiffs' response thereto (DKT. 15) it is hereby ORDERED that for the reasons stated in the accompanying memorandum, the Motion is GRANTED. Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

GAIL A. WEILHEIMER, J.